**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Lisa Slawsby**</u>

        Plaintiff

                                          CIVIL ACTION

  V.

                                          NO. <u>1:18-10701-GAO</u>

<u>**Champion Petfoods USA, Inc et al**</u>

        Defendant

### <u>ORDER OF DISMISSAL</u>

<u>O'TOOLE, D. J.</u>

    In accordance with the Court's OPINION AND ORDER (dkt. No. 63) dated March 27, 2023, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                                     By the Court,

<u>3/27/2023</u>                                               <u>/s/ Flaviana de Oliveira</u>
    Date                                                       Deputy Clerk